## No. 15,476.

SMITH *v.* UNION HIGH SCHOOL DISTRICT NO. 1,
EL PASO COUNTY, ET AL.
(158 P. [2d] 1007)

Decided May 14, 1945.

Judgment affirmed en banc without written opinion.

Mr. WILLIAM G. SMITH, pro se.

Messrs. FOARD BROTHERS, for defendants in error.